**Order filed, December 5, 2019.**



In The

# Fourteenth Court of Appeals
———————

## NO. 14-19-00052-CR
———————

## EX PARTE JAIME V. MANCILLA

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1046871A**

## ORDER

On July 23, 2019, this appeal was abated for a hearing. The trial court was directed to have a supplemental reporter's record containing the transcribed record of the hearing and a supplemental clerk's record containing the trial court's findings of fact and conclusions of law, and a certification of the right to appeal filed with the clerk of this court on or before September 18, 2019. *See* Tex. R. App. P. 35.1. The supplemental clerk's record was filed in this court on November 26, 2019. It contains the trial court's findings of fact and conclusions of law but does not contain a certification of the right to appeal. The supplemental reporter's record containing the transcribed record of the hearing has not been filed.

We direct the trial court to file a supplemental clerk's record within **10 days** of the date of this order containing a certification of the right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), (e).

Further, we order the Lindsay Arredondo, the official court reporter of the 351st District Court, to file a supplemental reporter's record of the hearing **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.